IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV-00-1120-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| BRIAN W. MURPHY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| HW JOHNSON Inc., ) | |
| ) | |
| Garnishee. ) | |

The court has before it the Report & Recommendation of Magistrate Judge Anderson (doc. 34) in connection with the United States' motion for entry of garnishment disposition order (doc. 20). No objections to the Report and Recommendation have been filed. Therefore, we adopt the recommended disposition under Rule 72(b), Fed. R. Civ. P. Accordingly, IT IS ORDERED GRANTING the United States' motion for entry of disposition order (doc. 20). The order is signed this date.

DATED this 20th day of September, 2006.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge